**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JAMES ROBERT SMITH,  )
        Plaintiff,  )
        vs.  ) Case No.:
UNUM LIFE INSURANCE COMPANY  )
OF AMERICA,  )
        Defendant.  )

## COMPLAINT

COMES NOW the Plaintiff, JAMES ROBERT SMITH, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA, and alleges as follows:

1. This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, JAMES ROBERT SMITH, is an adult resident citizen of Escambia County, Florida.

3. Defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA (hereinafter "UNUM"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. Effective on or about November 1, 2014, Plaintiff purchased through his employer, Phoenix Safety & Logistics Personnel, Inc., a contract of salary continuance insurance including long-term disability benefits (LTD) (hereinafter "the Plan").

6. At all times material to this Complaint, the Plan was in full force and effect and Plaintiff was a Plan participant.

7. Defendant, UNUM, is in possession of all master Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret Plan provisions and is a Plan fiduciary, or alternatively, is a plan fiduciary without discretion to interpret Plan provisions.

9. On or about October 30, 2015, Plaintiff became totally disabled from his past employment as defined by the Plan, due to epilepsy, seizures, and other exertional and non-exertional impairments.

10. On or about January 20, 2016, Plaintiff made a timely application for disability benefits under the Plan.

11. Plaintiff's application for benefits was denied by Defendant or its agents on or about June 29, 2016.

12. Plaintiff appealed said denial of benefits on or about December 23, 2016.

13. On or about January 24, 2017, Defendant upheld its previous decision and continued to deny benefits.

14. Plaintiff continues to suffer from epilepsy, seizures, and other exertional and non-exertional impairments, which render him disabled as defined by the Plan.

15. Plaintiff has exhausted all available administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

16. Each of the Defendant's denials of Plaintiff's claims for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action,

and all other relief deemed just and proper by the Court.

Dated: February 7, 2017 */s/ Nick A. Ortiz*
Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E Jackson St
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com